**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 467 EAL 2016
    :
            Respondent    :
    :
    :    Petition for Allowance of Appeal from
    :    the Order of the Superior Court
            v.    :
    :
    :
MICHAEL D. STOKES,    :
    :
            Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.